Matter of Borgia v SCO Family of Servs. (2025 NY Slip Op 01800)

Matter of Borgia v SCO Family of Servs.

2025 NY Slip Op 01800

Decided on March 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
LILLIAN WAN
CARL J. LANDICINO, JJ.

2020-09390
 (Index No. 523734/19)

[*1]In the Matter of John Borgia, etc., et al., respondents,
v
SCO Family of Services, appellant.

Newfield, Biondo & Carlino, LLC, White Plains, NY (James Newfield of counsel), for appellant.
ArentFox Schiff LLP, New York, NY (Elliot M. Kroll of counsel), for respondents.

DECISION & ORDER
In a proceeding pursuant to CPLR 7601 to enforce an alternative dispute resolution provision of a contract, SCO Family of Services appeals from an order of the Supreme Court, Kings County (Devin P. Cohen, J.), dated October 2, 2020. The order denied the motion of SCO Family of Services pursuant to CPLR 3211(a) and 7601 to dismiss the petition.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment (one paper) in the proceeding (see Matter of Aho, 39 NY2d 241, 248; Matter of Borgia v SCO Family of Services, _____ AD3d _____ [Appellate Division Docket No. 2021-08843; decided herewith]).
IANNACCI, J.P., GENOVESI, WAN and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court